# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| JEANETTE BRUST, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 2:10-cv-02174-HAB-DGB |
| GLOBAL CREDIT AND COLLECTION, INC., | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, JEANETTE BRUST, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: /s/ Adam T. Hill
Adam T. Hill
Attorneys for Plaintiff
Krohn & Moss, Ltd.
120 W. Madison St., 10th Floor
Chicago, IL 60602
Phone: (323) 988-2400 ext 238
Fax: (866) 870-0941
E-Mail: ahill@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via

ELECTRONIC MAIL upon the following:

David Kaminski, Esq.
CARLSON & MESSER LLP
5959 W. Century Blvd., Ste. 1214
Los Angeles, CA 90045
kaminskd@cmtlaw.com
Attorney for Defendant


Dated: November 9, 2010				By: /s/ Adam T. Hill
						    Adam T. Hill
						    Attorney for Plaintiff